UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NET MANAGEMENT SERVICES, a Nevis limited liability company,

Plaintiff,

vs.

PERFECT 10, INC., a California corporation, and DOES 1-10, inclusive,

Defendants.

CASE NO.: 02-60585 CIV-DIMITROULEAS

NIGHT BOX
FILED
APR 2 [ ] 2002

CLERK, USDC

## COMPLAINT FOR DECLARATORY RELIEF

Plaintiff Net Management Services ("NMS") alleges:

### Jurisdiction and Venue

1. This is an action for declaratory relief pursuant to 28 U.S.C. § 2201, by which NMS seeks a declaration of its rights, and the rights of its clientele, arising under, *inter alia*, the Copyright Act, 17 U.S.C. § 101 *et seq.* and the Lanham Act, 15 U.S.C. § 1051 *et seq.* The amount in controversy is in excess of $75,000. The Court therefore has jurisdiction over this Complaint pursuant to 28 U.S.C. § 1331.

2. NMS maintains its principal business offices in Fort Lauderdale, Florida, and is registered in Florida as a foreign entity doing business in Florida. The Defendant, Perfect 10, Inc. ("Perfect 10") has sent communications threatening NMS with litigation arising from alleged violations by NMS – supposedly arising from NMS business operations conducted in Fort Lauderdale, Florida -- and others, of rights under the copyright and trademark laws, as well as state law. On information and belief, Perfect 10 conducts substantial business operations in



Florida, and maintains interactive web sites through which business transactions may be completely conducted from this District. Venue is therefore proper in this District pursuant to 28 U.S.C. § 1391(b), as Perfect 10 resides in this District, and as a substantial part of the events or omissions giving rise to the claims asserted herein arose in this District.

### The Parties

3.   NMS is a Nevis limited liability company, with its principal business offices in Fort Lauderdale, Florida.

4.   On information and belief, Perfect 10 is a California corporation with offices in Los Angeles, California.

5.   NMS is ignorant of the true names and capacities of the defendants sued herein as DOES 1 through 10, inclusive, and has commenced this action against such defendants by their fictitious names. NMS is informed and believes, and based thereon alleges, that each of the defendants named as DOES 1 through 10 was in some manner responsible for the acts complained of herein. NMS will amend this Complaint to allege such true names and capacities as soon as they are ascertained. All of the defendants named above, including DOES 1 through 10, are sometimes collectively referenced herein as "Defendants."

### The Current Dispute

6.   NMS is in the business of managing and marketing a network of adult-themed Internet web sites owned and operated by NMS clientele. NMS does not itself own or operate any web sites.

7.   In addition, NMS owns, develops, maintains and stores an information database relating to the identity of tens of thousands of independent third party web masters, not clients of

LAW OFFICES
BECKER & POLIAKOFF, P.A. • 3111 STIRLING ROAD • FT. LAUDERDALE, FLORIDA 33312
TELEPHONE (954) 987-7550

2

NMS, who have agreements with NMS clients to send traffic from the third party web masters' own sites to NMS managed sites, through an NMS managed program called Traffic Cash Gold ("TFG"). The TFG program is sometimes referred to as an "affiliate" program.

8. The principal of Perfect 10, Norman Zadeh ("Zadeh"), has recently sent e-mails on behalf of Perfect 10 and to NMS, wrongfully accusing NMS and its clients of violating rights of Perfect 10, and/or others, under the copyright and trademark laws, as well as state law "rights of publicity." The e-mails were copied to litigation attorneys that have represented Perfect 10 in numerous other court actions filed by Perfect 10, and the e-mails contained threats of litigation. The wrongful accusations of copyright infringement, trademark infringement and violations of rights of publicity have been leveled against NMS, its clientele and third parties who participate in the TFG program. Perfect 10 has wrongfully accused NMS of having liability for unspecified alleged acts of infringement by NMS' clientele. Perfect 10 has wrongfully accused NMS and its clientele of having liability for unspecified acts of independent third parties who may be participating in the TFG program. NMS disputes these contentions, and contends that neither NMS nor its clientele have violated any rights that Perfect 10 has standing to assert, and that NMS and its clientele have no liability to Perfect 10 for any of the acts alleged in Perfect 10's communications threatening litigation. True and correct copies of Perfect 10's initial demand and NMS' response thereto are attached hereto as Exhibits "A" and "B", respectively, and are hereby incorporated by reference.

9. An actual and justiciable controversy has arisen between NMS and its clientele on the one hand, and Perfect 10, on the other, in that Perfect 10 contends, and NMS denies, that NMS and/or its clientele have violated the rights that Perfect 10 claims to have standing to assert

under the copyright law, trademark law and under state law "rights of publicity." As a result of Perfect 10's threats of civil liability, NMS' is in doubt of its rights surrounding Perfect 10's allegations.

10. NMS seeks a judicial declaration regarding its rights and the rights of its clientele with respect to Perfect 10's claims. Without limitation, NMS seeks a declaration that neither NMS nor its clientele have liability to Perfect 10 for any of the acts alleged in Perfect 10's communications threatening litigation. A declaration of rights between the parties by the Court at this time will enable the parties to resolve their current disputes, guide the parties in their business dealings and help prevent a multiplicity of actions.

11. Plaintiff has had to retain the undersigned counsel to represent its interests in the instant action and agreed to pay said counsel a reasonable fee for their services herein. Defendants are liable for said fees pursuant to 17 U.S.C. § 505 and 15 U.S.C. § 1117.

**PRAYER**

For the foregoing reasons, NMS prays for a judgment including:

A. A declaration regarding the parties' rights and duties, and specifically a declaration that neither NMS nor its clientele have liability to Perfect 10 for any of the acts alleged in Perfect 10's communications threatening litigation.

B. Costs of suit;

C. Attorneys' fees; and

D. Such other and further relief as may be warranted by the evidence, and as the Court may deem just.

Dated: April 25th, 2002

Jay M. Spillane (Cal. Bar No. 126364)
FOX & SPILLANE LLP
1880 Century Park East, Suite 1114
Los Angeles, California 90067
Telephone:   (310) 229-9300
Facsimile:   (310) 229-9380

Lee A. Weintraub (Fla. Bar No.: 940704)
BECKER & POLIAKOFF, P.A.
Post Office Box 9057
Fort Lauderdale, FL 33310-9057
954/985-4147 (BR); 954/985-4176 (Facsimile)
305/944-2926 (Dade); 561/732-0803 (WPB)

By: _____
Attorneys for Plaintiff, Net Management Services

*(Fla. Bar No. 0534773)*

709623_1.DOC

# EXHIBIT "A"

Steven W. Workman
Joe Elkind
April 8, 2002
Page 1

April 9, 2002

**By U.S. Mail (Return Receipt Requested),
Facsimile (954-564-5249 and 954-563-6714), and
Electronic Mail to** sww@netmgt.com **and** sww@cnncash.com

Steven W. Workman and
Joe Elkind
    Net Management Services
    Cybernet Entertainment Network
    NetVision Audiotext, Inc.
    I-Verification Systems
2320 NE 9th Street
Fort Lauderdale, FL  33304

    Re:    <u>Infringements of Copyrights, Trademarks, and Rights of Publicity</u>

Dear Mr. Workman and Mr. Elkind:

    I am the founder and CEO of Perfect 10, Inc. ("Perfect 10"), the publisher of PERFECT 10® magazine. This letter shall serve as notice to you that the conduct of Net Management Services and its related entities (*e.g.*, Cybernet Entertainment Network, NetVision Audiotext, Inc. and I-Verification Systems) (collectively, the "NMS Businesses"), both through websites owned, operated, controlled and/or managed by the NMS Businesses and through websites with which the NMS Businesses partner in connection with <TrafficCashGold.com> and <SexCheck.com> (collectively, the "NMS Businesses' Affiliated Websites"), constitutes a continuous and systematic infringement of Perfect 10's copyrights, trademarks, and rights of publicity. Further, based on these infringements and other illegal conduct, the NMS Businesses are in violation of the California Unfair Competition Law and the federal Racketeer Influenced and Corrupt Organizations Act ("RICO"). Perfect 10 hereby demands that the NMS Businesses cease immediately all infringing and otherwise illegal conduct, as set forth in this letter.

    <u>**Perfect 10's Intellectual Property Rights.**</u>

    Perfect 10 is the publisher of the adult entertainment magazine, PERFECT 10®. The Perfect 10 magazine has a circulation of over 90,000 copies per issue. Perfect 10 also owns the <perfect10.com> Internet website, which receives substantially in excess of 100,000 unique visitors per month. The Perfect 10 website is a subscription site; consumers are given access to content on the website in exchange for the payment of a membership fee.

    **Copyrights.** Perfect 10's business consists of the design, layout, filming, production, marketing, and promotion of adult entertainment products, including photographs, magazines, video productions, and

EXHIBIT ___A___
PAGE _1_ OF _5_

Steven W. Workman
Joe Elkind
April 8, 2002
Page 2

other arts. Some of these copyrighted works appear within the PERFECT 10® Magazine and on Perfect 10's website. Perfect 10 has invested, and continues to invest, substantial sums of money, as well as time, effort and creative talent, to produce its copyrighted works. Perfect 10 owns the copyrights for the photographs appearing in its magazines, website, calendars, and videos.

**Trademarks.** Perfect 10 and its predecessors have used the PERFECT 10® mark since 1991. Perfect 10 is the owner of United States trademark and service mark registrations for the PERFECT 10® mark, registration numbers 2,202,643 and 2,235,145. Perfect 10 is also the owner of the trademarks and service marks for the PERFECT 10® mark in foreign countries. Perfect 10 has spent millions of dollars advertising and promoting the PERFECT 10® mark and Perfect 10 products and services and has sold millions of dollars of products and services under the PERFECT 10® mark. Perfect 10 has built up and now owns valuable goodwill symbolized by the PERFECT 10® trademark.

**Rights of Publicity.** Perfect 10 regularly employs models in connection with the creation of its photographic works. As a regular part of Perfect 10's business, it secures assignments from its models of their rights of publicity in connection with these photographic works. These assignments are a valuable part of Perfect 10's business.

### The Illegal Conduct of the NMS Businesses

As part of our investigation of the NMS Businesses and the NMS Businesses' Affiliated Websites, we have discovered numerous instances of infringements of Perfect 10's intellectual property rights. For example, the websites <truecelebs.com>, <secretceleb.com>, <celebticket.com>, and <rogerceleb.com> each contain numerous infringements of Perfect 10 copyrights and assigned rights of publicity. Moreover, some of these sites lure customers with promises of pictures of Perfect 10 models (e.g., <celebrityprincess.com/celebrityindex/Caneel_Carswell.htm>, which then links to <truecelebs.com>). It also appears that the NMS Businesses and the NMS Businesses' Affiliated Websites generate customer business through (*i*) advertisements placed on and links established with websites that display literally hundreds of stolen Perfect 10 images (e.g., <czeckmate.hpg.ig.com.br>); and (*ii*) advertisements placed on and links established with websites that are listed when a search is conducted on commercial Internet search engines using the names of Perfect 10 models (e.g., searching for "nude Caneel Carswell" in <google.com> results in <great-celebs.com.nu>, which then links directly to <celebrityprincess.com/celebrityindex/Caneel_Carswell.htm>).

Our investigation has also revealed voluminous instances in which the NMS Businesses' Affiliated Websites infringe the rights of publicity and other intellectual property rights of third parties. For example, these websites contain or advertise pictures of celebrities, such as Britney Spears, Christina Aguilera, Anna Kournikova, Mariah Carey, Jamie Pressly, Kate Beckinsdale, Charlize Theron, Ashley Judd, Linda Blair, Melissa Joan Hart, Tiffani Amber Theisen, Jessica Simpson, Demi Moore, Nicole Kidman, Katie Holmes, Sarah Michelle Gellar, Yasmine Bleeth, and Gwyneth Paltrow, to name a few. As is readily apparent, the use of any celebrity name or image by the NMS Businesses or on the NMS Businesses' Affiliated Websites is unauthorized.
It is well known that celebrities do not grant the right to use their names or images in connection with

EXHIBIT __A__
PAGE _2_ OF _5_

Steven W. Workman
Joe Elkind
April 8, 2002
Page 3

"adult content" websites such as those that are part of the NMS Businesses' Affiliated Websites.

    Although there should be no doubt on this point, Perfect 10 has gathered -- as examples -- statements and declarations from numerous individual celebrities and their legal representatives that confirm the fact that celebrities do not authorize use of their names or images on these adult content websites. I enclose copies of statements and declarations with this letter that cover the following listed celebrities. Of course, this list of celebrities is not intended as a definitive list of all celebrities whose rights have been infringed by your actions. Instead, I identify these celebrities as representative of all celebrities and as proof that _no_ celebrity content is authorized.

| | | |
|---|---|---|
| Alley Baggett | Jenna Elfman*M | Rebecca Gayheart |
| Alyssa Milano*M1 | Jennifer Lothrop | Roxanne Galla |
| Anna Marie Goddard | Jennifer Love Hewitt*M | Sara Spraker |
| Amy Weber | Jennifer Wood | Sharon Lawrence*M |
| Athena Massey*M | Jenya Lano | Stacy Sanches |
| Betsi Cox | Kathryne Dora Brown*M | Tamara Mello*M |
| Bobbi Billard | Kathy Ireland*M | Tori Spelling*M |
| Bobbie Brown | Kelly Le Brock*M | Traci Bingham |
| Britney Spears | Krista Allen | Tyne Daly*M |
| Brooke Johnson | Kristen Noelle | Tricia Wilds |
| Caprice Bourret | Laura Selway | Verina Wimmer |
| Catherine Zeta Jones*M | Lauren Hays | Victoria Zdrok |
| Christina Aguilera | Lisa Canning | Yasmeen Bleeth |
| Cindy Margolis | Lisa Marie Pressley*M | Yvette Nelson |
| Devin Devasquez | Lora Lyn Petersen | |
| Dona Speir | Lorrie Menconi | |
| Helen Shaver*M | Magali Amado | |
| Holly Marie Combs*M | Marilyn McCoo*M | |
| Inna Baruskova | Mikla Archibald | |
| Jaime Pressly | Portia de Rossi*M | |
| Jane Krakowski | Rebecca Chaney | |

    The NMS Businesses' knowing participation and assistance in the display of unauthorized photographs of celebrities not only constitutes infringements of the rights of publicity and copyrights of third parties, but also constitutes violations of California's Unfair Competition Laws and the federal RICO Act, including the predicate act of criminal copyright infringement, for which Perfect 10 is entitled to relief. Making money based on infringing photographs that are "obtained" for free, while Perfect 10 pays for models, photographers, lighting, location, sets, and other expenses for its legitimate content, constitutes unfair competition; put more bluntly, this activity constitutes profiting from the sale of stolen property.

---

1 Those celebrities designated by "*M" are represented by Lin Milano, whose declaration is also enclosed with this letter.

EXHIBIT __A__
PAGE __3__ OF __5__

Steven W. Workman
Joe Elkind
April 8, 2002
Page 4


Any links by the NMS Businesses to the NMS Businesses' Affiliated Websites that do not have licenses or assignment of rights permitting them to post their material should be eliminated and any financial partnership by the NMS Businesses with these websites should be terminated, unless and until the owners of these sites provide evidence that they own the copyrights and rights of publicity to all of the photographs appearing on the sites. Under the circumstances here, all website owners who are affiliated with the NMS Businesses should be required to provide documentary evidence (such as copyright registrations, assignments of rights, and licenses) showing that they have the right to post the photographs that appear on their websites.

**Specific Demands Upon the NMS Businesses**

Perfect 10 demands that the NMS Businesses immediately do the following:

- Cease the display of material on websites that are part of the <TrafficCashGold.com> and <SexCheck.com> networks (and any other networks owned, controlled, operated, or managed by the NMS Businesses) that infringes Perfect 10's copyrights, trademarks, or rights of publicity, or, in the alternative, disable access to such websites.

- Cease the infringement of any third-party rights, such as the display of pictures of celebrities on websites that are part of the <TrafficCashGold.com> and <SexCheck.com> networks (and any other networks owned, controlled, operated, or managed by the NMS Businesses).

- Cease advertising on and otherwise linking with any website that displays material that infringes Perfect 10's rights (e.g., <czeckmate.hpg.ig.com.br>).

- Cease advertising on and otherwise linking with any websites that use the names of Perfect 10 models in such a way that Internet customers are directed to those websites when conducting searches using the names of Perfect 10 models.

- Confirm, in writing, that the NMS Businesses will (i) comply with each of the above requests, and (ii) not display any of the infringing material described herein in the future.

Please contact me no later than April 29, 2002 to confirm the NMS Businesses' willingness to remedy the illegal conduct. If you have not responded by that time, I will be forced to assume that you have refused to cooperate in this matter and shall take whatever steps are necessary to preserve and protect Perfect 10's rights.

Nothing contained in this letter nor done pursuant hereto constitutes a waiver or compromise of, or otherwise affect, any rights or remedies of Perfect 10, including its right to seek redress in court for the

EXHIBIT __A__
PAGE __4__ OF __5__

Steven W. Workman
Joe Elkind
April 8, 2002
Page 5

NMS Businesses' violations of Perfect 10's rights, all of which rights and remedies are expressly reserved.

                Sincerely,

                Norman Zadeh, Ph.D

Enclosures

EXHIBIT __A__
PAGE _5_ OF _5_

EXHIBIT "B"

> 
> I am the general counsel for Net Management Services, LLC ("NMS"). I have
> received, and am responding to, the letter you addressed to me dated April
> 9, 2002. While we are happy to cooperate with you with respect to any
> property rights of Perfect 10, your letter contains many inaccurate
> statements and unsupported contentions, and provides almost no information
> that would enable us to conduct an investigation regarding any claimed
> infringements of Perfect 10's rights.
>
> Net Management Services
>
> To begin, your letter evidences fundamental misconceptions about NMS and its
> business. NMS is a Nevis LLC, with offices in Florida, which manages
> Internet properties under contracts with the owners and operators of such
> properties. NMS does not itself own or operate any web sites.
>
> With respect to the second sentence of your letter, Cyber Entertainment
> Network is a trade name. Netvision Audiotext, Inc. was a Florida
> corporation that has filed Articles of Dissolution with the Florida
> Secretary of State. I-Verification Systems is a separate company with which
> NMS has a management contract. There is no basis to lump a trade name and
> the other two businesses together and refer to them, along with NMS, as "NMS
> Businesses."
>
> You refer in the balance of the first paragraph to two web sites,
> trafficcashgold.com and sexcheck.com. NMS does not own or operate either
> site. NMS has no relationship with any third party that may have a contract
> to provide traffic through trafficcashgold.com. NMS has no relationship
> with any webmaster that links their content to sexcheck.com. For these
> reasons, there is no basis for the phrase you have coined, "NMS Businesses'
> Affiliates Websites."
>
> Sexcheck.com
>
> You say generally, without providing any information that we could use to
> conduct an investigation, that this site is somehow connected with "a
> continuous and systematic infringement of Perfect 10's copyrights,
> trademarks and rights of publicity."
>
> Sexcheck.com is a property owned and operated by I-Verification Systems.
> NMS manages the site under contract with I-Verification. As I am sure you
> know, Sexcheck.com is an "adult verification service" site through which
> participating third party webmasters may link their content. These web
> masters represent and warrant to I-Verification that their content conforms
> to the sexcheck.com terms of service. The sexcheck.com terms of service,
> say, among other things, that:
>
>           "You shall also be responsible for ensuring that materials

EXHIBIT __B__

PAGE _1_ OF _5_

> posted on your site do not violate or infringe upon any laws, including but
> not limited to 18 U.S.C. Section 2257, or the rights of any third party
> (including, for example, copyrights, trademarks, privacy, or other personal
> or proprietary rights), and ensuring that materials posted on your site are
> not libelous or otherwise illegal."
>
> We are not aware of any violations by any webmaster participating in
> sexcheck.com of any Perfect 10 rights. If any participating webmasters are
> in fact violating your rights, they have done so without our knowledge or
> consent. If you are aware of any such violations, please specifically
> identify them so that we may investigate and take appropriate action.
>
> With respect to the copyright interests referred to in your letter, we are
> not familiar with the body of images to which you may have rights, and
> therefore do not recognize any images that may belong to Perfect 10. If you
> know of any Perfect 10 images being displayed by participating sexcheck.com
> web masters without your authority, please identify each such image by web
> page and a description of the image so that we can follow up. We trust that
> you will send such information directly to the participating webmaster as
> well.
>
> In addition, the services of Mr. Steve Easton of APIC (Association for
> Protection of Internet Copyrights/ http://www.a-w.org) are utilized to
> assist in the assessment and oversight of the Sexcheck.com webmaster sites
> for copyright compliance, and any discovered infringements are promptly
> removed.
>
> With regard to trademark rights, the images posted by the sexcheck.com
> webmasters generally do not contain marks, and we have not seen any
> photographs that bear the Perfect 10 mark. If you are aware of any images
> using the Perfect 10 mark, please provide us with specific information as to
> the location of any such mark, and contact the participating webmaster as
> well.
>
> With regard to "rights of publicity," you devote a great deal of your letter
> to the rights of "celebrities," some of whom you say purport to have
> assigned certain rights to Perfect 10. Setting aside the legal questions we
> have about the "celebrity" portion of your letter, which we would be happy
> to discuss with your attorneys, this subject is not germane, as sexcheck.com
> does not have any participating webmasters who maintain "celebrity" sites.
> To our knowledge the sexcheck.com participating webmasters only display
> images of models that have granted to that webmaster the necessary rights in

EXHIBIT __B__
PAGE _2_ OF _5_

> and to that image. If you contend that any participating web master is
> violating any rights of publicity Perfect 10 purports to hold by
assignment,
> we need to know specifically the names of the models involved and the
> location of any supposedly infringing photographs. We will also need to
see
> a copy of the agreement by which Perfect 10 purports to hold the assigned
> rights.
>
> Trafficcashgold.com
>
> You make similar, general, contentions with regard to trafficcashgold.com,
> again without providing us with any information that we could use to
conduct
> an investigation.
>
> As a preliminary matter, your letter does not reflect awareness of the
> substantial differences between trafficcashgold.com and sexcheck.com.
> Traffic Cash Gold is simply the name for an Internet traffic program,
> consisting of a series of agreements with independent third party
> webmasters, by which the webmasters send traffic to sponsor sites, and
agree
> to observe the applicable Terms of Service, in exchange for payments. The
> third parties that have agreements through Traffic Cash Gold, sometimes
> called "affiliates," are not under NMS management, and NMS has no control
> over the content maintained by the affiliate webmaster at their sites.
The
> affiliates display their content on their own sites; their content is not
> displayed on or through any site under NMS management. The Traffic Cash
> Gold affiliates number in the tens of thousands. NMS cannot reasonably
> monitor all of their conduct. To the extent that any affiliate violates
> their Terms of Service by posting infringing content, we usually become
> aware of violation only after being contacted by a rights holder.
>
> Your letter mentions only one specific instance of infringement of Perfect
> 10's rights by a company participating in the Traffic Cash Gold program,
at
> www.czeckmate.hpg.ig.com.br <http://www.czeckmate.hpg.ig.com.br>. After
> receipt of your letter we looked at the site, and can see that some of the
> pictures displayed have the "Perfect 10" mark. We have sent a demand to
the
> web master operating that site that they either take down all infringing
> content from that site or suffer termination from the Traffic Cash Gold
> program. We will apprise you of their response, and of any further action
> we may take with respect to that web master.
>
>       You make sweeping assertions that other third parties, supposedly
> participants in the Traffic Cash Gold program, are infringing the rights
of
> a number of celebrities that you name in your letter. However, you did
not
> provide us with any information regarding the specific sites you content
> contain unlawful content. We have not been contacted by representatives
of

EXHIBIT  B
PAGE 3 OF 5

> any of the people mentioned in your letter, and we are not aware of any
> sites owned by Traffic Cash Gold affiliates that infringe on the rights of
> those people. Again, if you can provide us with the instances of
supposedly
> infringing conduct of which you are aware, as well as a copy of the forms
of
> assignment by which Perfect 10 purports to hold the rights of celebrities,
> we can follow up.
>
>       Celebrity Sites
>
>       You say that several "celebrity" sites under NMS management -
> truecelebs.com, secretceleb.com, celebticket.com, rogerceleb.com -- "each
> contain numerous infringements of Perfect 10 copyrights and assigned
rights
> of publicity." It is difficult to believe that you actually looked at the
> sites you mentioned before writing your letter. The domain names you list
> resolve to a web site containing content that does not infringe upon any
> rights of Perfect 10. The "celebrity" portion of that site contains
> photographs of celebrities in public places, such as at movie premieres,
and
> stock photographs of celebrities in connection with short news features.
> The balance of the site consists of licensed images of non-celebrity
models.
> There is therefore no basis for your contention that the sites are stocked
> with infringing photographs. Moreover, as stated above, we have not been
> contacted by any representatives of any of the people mentioned in your
> letter regarding any alleged infringements of their rights.
>
>       The only specific alleged infringement you identify relates to
> celebrityprincess.com and Caneel Carswell. A third party, not under NMS
> management, operates celebrityprincess.com. We do not see Caneel
Carswell's
> name or likeness using the URL you provided. If you can show us where her
> name or likeness appears, as well as the assignment under which Perfect 10
> purports to hold her rights, we will follow up as necessary.
>
>       Conclusion
>
>       We have already demanded that the owner of czeckmate.com take down
> any infringing material on the site you have mentioned. If you provide us
> with the additional information we requested regarding Caneel Carswell, we
> will follow up. If and when you provide us with other information
regarding
> alleged infringements of Perfect 10's rights, information that is specific
> enough for us to act upon, we will conduct an appropriate investigation.
In
> the future, it would help us assist you if you would review the facts and
be
> prepared to identify actual instances of infringement before sending us
> further demands for action.
>
>       We trust that this satisfactorily resolves the issues raised in
your

EXHIBIT _B_

PAGE _4_ OF _5_

```
> letter.
>
>                    Sincerely,
>
>                    Steven W. Workman, Esq.
>                    General Counsel
>
> Steven W. Workman, Esq.
> General Counsel
> ------------------------------------------
> Net Management Services
> ------------------------------------------
> Marketing, Support, and Consulting Services
> To E-Commerce Companies Worldwide
> ------------------------------------------
> IMPORTANT NOTICE: Privileged and/or confidential information, including
> attorney-client communication and/or attorney work product may be
contained
> in this message. This message is intended only for the individual or
> individuals to whom it is directed. If you are not an intended recipient
of
> this message (or responsible for delivery of this message to such person),
> any dissemination, distribution or copying of this communication is
strictly
> prohibited and may be a crime. No confidentiality or privilege is waived
or
> lost by any misdirection of this message. If you received this message in
> error, please immediately delete it and all copies of it from your system,
> destroy any hard copies of it and notify the sender by return e-mail.
>
> ------------------------------------------------------------------------
>                 Name: winmail.dat
>   winmail.dat   Type: application/ms-tnef
>                 Encoding: base64
```

EXHIBIT  B
PAGE  5  OF  5

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

02-60585

## I. (a) PLAINTIFFS
NET MANAGEMENT SERVICES, a Nevis limited liability company

## DEFENDANTS
PERFECT 10, INC., a California corporation, and DOES 1-10, inclusive

CIV-DIMITROULEAS

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

0:02CV60585 WPD

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

MAGISTRATE JUDGE
JOHNSON

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
BECKER & POLIAKOFF, P.A.
3111 Stirling Road
Ft. Lauderdale, FL 33312

ATTORNEYS (IF KNOWN)

NIGHT BOX
FILED
APR 25 2002
CLARENCE MADDOX
CLERK

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, MONROE, (BROWARD), PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury Med Malpractice | B☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | B☐ 630 Liquor Laws | A PROPERTY RIGHTS | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | | B☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | B☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | B☐ 690 Other | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | B☐ 540 Mandamus & Other | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| ☐ 290 All Other Real Property | | B☐ 550 Civil Rights | | | |
| | | B☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

17 U.S.C. § 101 et seq., 15 U.S.C. § 1051 et seq.

LENGTH OF TRIAL
via ___ days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):
JUDGE William P. Dimitrouleas    DOCKET NUMBER 01-6223-CIV

DATE 4.25.02

SIGNATURE OF ATTORNEY OF RECORD
P.E.M. Cranny (Fla. Bar No. 053-773)
L. Lee Winthrop

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

APR 25 2002