UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 02-60585 – Civ – Dimitrouleas

| | |
|---|---|
| NET MANAGEMENT SERVICES, a Nevis limited liability company, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PERFECT 10, INC., a California corporation, and DOES 1-10, inclusive, | ) ) ) |
| Defendants. | ) ) ) ) ) |

### MOTION OF DEFENDANT PERFECT 10, INC. TO DISMISS, TRANSFER OR STAY PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT



Defendant Perfect 10, Inc. ("Perfect 10") moves to dismiss, transfer or stay this action as follows: (1) Pursuant to Fed. R. Civ. P. 12(b)(3) (or alternatively Rule 12(b)(1) or 12(b)(6), Perfect 10 moves to dismiss on the ground that the Court has discretion to dismiss a declaratory judgment action which has been filed for forum shopping purposes in antipication of an imminent coercive action in another forum, which coercive action offers a more complete resolution of the claims between the parties, (2) Pursuant to 28 U.S.C. § 1404(a), Perfect 10 moves, in the alternative, to transfer this action to the Central District of California, where Perfect 10's coercive action against Plaintiff and others is pending, and where two related actions with the same facts and legal issues are currently pending, for the convenience of the parties and witnesses and in the interests of justice, and (3) Pursuant to established law, Perfect 10 moves, in the alternative, to stay this declaratory judgment action pending completion of proceedings on Perfect 10's coercive action in the Central District of California.

The motion is based on the separately-filed Memorandum of Law, Declarations of Ronald L. Johnston, Jeffrey N. Mausner, and Norman Zadeh, Request for Judicial Notice, Statement Certifying Compliance with Local Rule 7.1(A)(3), and Request for Hearing and Oral Argument.

Dated: June 7, 2002

Respectfully submitted,

ARAGON, BURLINGTON, WEIL & CROCKETT, P.A.
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel. No.: 305/858-2900
Fax No.: 305/858-5261
E-mail: ssantini@abwc.com

By: _____
Sean R. Santini
Florida Bar No. 832898
Attorneys for Defendant Perfect 10, Inc.

BERMAN, MAUSNER & RESSER
JEFFREY M. MAUSNER
[Application for Special Appearance Pending]
4727 Wilshire Blvd., Suite 500
Los Angeles, California 90010-3874
Tel. No.: 323/965-1200
Fax No.: 323/965-1919
E-mail: jmausner@bmrlaw.com

Of-Counsel for Defendant Perfect 10, Inc.

ARNOLD & PORTER
RONALD L. JOHNSTON
BRIAN K. CONDON
[Applications for Special Appearance Pending]
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067
Tel. No.: 310/552-2500
Fax No.: 310/552-1191
E-mail: ronald_johnston@aporter.com
         brian_condon@aporter.com

Of-Counsel for Defendant Perfect 10, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Federal Express on this 7th day of June, 2002, upon all counsel on the following service list.

*[signature]*
SEAN R. SANTINI

## SERVICE LIST

Jay M. Spillane
FOX & SPILLANE LLP
1880 Century Park East, Suite 1114
Los Angeles, California 90067
Tel. No.: 310/229-9300
Fax. No.: 310/229-9380

Attorneys for Plaintiff Net Management Services

Lee A. Weintraub
BECKER & POLIAKOFF, P.A.
Post Office Box 9057
Fort Lauderdale, Florida 33310-9057
Tel. No. 954/985-4147
Fax. No. 954/985-4176

Attorneys for Plaintiff Net Management Services